

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Noelia Davila*, 21 Cr. 190 (JPO)

Dear Judge Oetken:

    A status conference in the above-captioned case is currently scheduled for December 1, 2021. The parties jointly request that the conference be adjourned to February 2, 2022 at 12:30 PM so that the parties can continue to discuss a possible pretrial resolution.

    The Government respectfully requests that time be excluded under the Speedy Trial Act between December 1, 2021 through February 2, 2022 so that the parties can continue to discuss a possible pretrial resolution. *See* 18 U.S.C. § 3161(h)(7). The Government has consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Rebecca T. Dell
Assistant United States Attorney
(212) 637-2198

---

Granted. The December 2, 2021 pretrial conference is adjourned to February 2, 2022 at 12:30 pm. The Court hereby excludes time through February 2, 2022, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
So ordered: December 2, 2021

_____
J. PAUL OETKEN
United States District Judge