UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NOELIA MARIE DAVILA,
                        Defendant.

21-CR-190-7 (JPO)

ORDER

J. Paul Oetken, District Judge:

      The C.J.A. attorney previously appointed in this case, Richard B. Lind, is hereby relieved as counsel, and C.J.A. attorney Deborah Colson is hereby appointed to represent the Defendant.

      SO ORDERED.

Dated: February 2, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge