**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Noelia Davila,* 21 Cr. 190 (JPO)

Dear Judge Oetken:

    I represent Noelia Davila in the above-captioned matter. She is charged with sexual exploitation of children.

    Ms. Davila is scheduled to appear in Court for a status conference tomorrow, April 19. However, she has recently decided to enter a plea agreement with the government. We are currently reviewing the plea agreement and expect a change of plea hearing to be scheduled for sometime in early May.

    Therefore, I write to respectfully request an adjournment of tomorrow's status conference until the date of the change of plea hearing. I also request that time be excluded under the Speedy Trial Act.

    I appreciate the Court's consideration.

> Granted.
> So ordered.
> 4/18/2023

Respectfully submitted,

/s/

Deborah Colson
(212) 257-6455

*[Signature]*
J. PAUL OETKEN
United States District Judge