UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NOELIA DAVILA,

Defendant.

**ORDER**

S9 21 Cr. 190 (JPO)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Stewart D. Aaron on May 1, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       May 8, 2023

J. PAUL OETKEN
United States District Judge