**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

May 10, 2023

By ECF

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Noelia Davila*, 21 Cr. 190 (JPO)

Dear Judge Oetken:

    Ms. Davila pled guilty on May 1, 2023 to a one-count information charging possession of child pornography. Her sentencing is scheduled for September 7. She is currently on supervised release in the District of Connecticut.

    I write with the consent of the government and Pretrial Services to respectfully request permission for Ms. Davila to travel to the Bronx, NY from Saturday, May 13 to Sunday, May 14. Ms. Davila would like to attend her aunt's birthday party at Made in Puerto Rico Restaurant on Saturday and dinner with her grandmother at Hibachi Grill & Supreme Buffet for Mother's Day on Sunday. Should the Court grant her application, Ms. Davila will be spending the night with her grandmother, whose address will be provided to Pretrial Services, and returning to Connecticut on the night of Sunday, May 14.

    Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
(917) 543-6490

Granted.
So ordered.
 5/11/2023

_____
J. PAUL OETKEN
United States District Judge