**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

June 13, 2023

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Noelia Davila, 21 Cr. 190 (JPO)

Dear Judge Oetken:

Ms. Davila pled guilty on May 1, 2023, to a one-count information charging possession of child pornography. Her sentencing is scheduled for September 7. She is currently on supervised release in the District of Connecticut.

I write with the consent of the government and Pretrial Services to respectfully request that Ms. Davila be permitted to travel to the Bronx, NY from Friday, June 16 to Monday June 19 to spend the weekend with her family in celebration of Father's Day. Over the course of the weekend, she plans to attend dinner at Chili's Grill & Bar, located in Queens; Made in Puerto Rico Latin Cuisine, located in the Bronx; and Don Pancho Villa Restaurant, located in Brooklyn.

On Sunday July 18, Ms. Davila would also like to visit the gravesite of her son's father, who was killed in a shooting last year. The cemetery is located in the Bronx within the vicinity of an elementary school, however, the school will be closed on Sunday, so I do not anticipate that there will be any children within the vicinity.

Should the Court Grant Ms. Davila's application, she will be staying in the Bronx with her grandmother, whose address will be provided to Pretrial Services, and returning to Connecticut on the afternoon of Monday, June 19.

I appreciate the Court's consideration.

Granted.
So ordered.
6/14/2023

Respectfully submitted,

/s/

Deborah Colson
(212) 257-6455

_____
J. PAUL OETKEN
United States District Judge