**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

June 22, 2023

By ECF

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Noelia Davila*, 21 Cr. 190 (JPO)

Dear Judge Oetken:

    Ms. Davila pled guilty on May 1, 2023 to a one-count information charging possession of child pornography. Her sentencing is scheduled for September 7. She is currently on supervised release in the District of Connecticut.

    I write to respectfully request that Ms. Davila be permitted to attend her son's preschool graduation on Monday, June 26. He attends Harriet Tubman Charter School in the Bronx, NY. His foster care organization, Jewish Child Care Association of New York, has offered to provide a chaperone to accompany Ms. Davila. Enclosed please find a letter from case manager Uriele Lloyd in support of this request.

    Both the government and Pretrial Services consent to this request so long as Ms. Davila is accompanied by a chaperone at all times while in the presence of minors. Ms. Davila would plan to travel to the Bronx at 6AM on Monday and arrive back to Connecticut by 11PM.

    I appreciate your consideration.

Granted.
So ordered.
6/23/2023

Respectfully submitted,

/s/

Deborah Colson
(212) 257-6455

J. PAUL OETKEN
United States District Judge