**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

July 25, 2023

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                                          **RE:**    United States v. Noelia Davila,
                                                             21 Cr. 190 (JPO)

Dear Judge Oetken:

       Ms. Davila pled guilty on May 1, 2023 to a one-count information charging possession of child pornography. Her sentencing is scheduled for October 6. She is currently being supervised by Pretrial Services in the District of Connecticut.

       I write to respectfully request that Ms. Davila be permitted to travel to the Bronx, NY on Thursday, July 27, in order to attend a memorial balloon release at her son's father's gravesite. The gravesite is located within the vicinity of an elementary school, but as schools are closed for summer vacation, I do not anticipate that there will be any children within the vicinity.

       Ms. Davila plans to return to Connecticut on the night of July 27. Therefore, I also request that the Court forego Ms. Davila's curfew and permit overnight travel in order to accommodate her travel home to Connecticut.

       Both the government and Pretrial Services have no objection to this request. I appreciate the Court's consideration.

Granted.
So ordered.
7/26/2023

Respectfully submitted,

/s/

Deborah Colson

(212) 257-6455

_____
J. PAUL OETKEN
United States District Judge