**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

August 15, 2023

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                                          **RE:**    United States v. Noelia Davila,
                                                                     21 Cr. 190 (JPO)

Dear Judge Oetken:

      Ms. Davila pled guilty on May 1, 2023 to a one-count information charging possession of child pornography. Her sentencing is scheduled for October 6. She is currently being supervised by Pretrial Services in the District of Connecticut.

      I write to respectfully request that Ms. Davila be permitted to travel to New York City on Thursday, August 17th in order to visit her son's father's gravesite at Woodlawn Cemetery in the Bronx, New York. The cemetery is within the vicinity of an elementary school, but as schools are closed for summer vacation, I do not anticipate that there will be any minors in the vicinity.

      Ms. Davila will be returning to Connecticut overnight. Therefore, I also request that the Court forego Ms. Davila's curfew and permit overnight travel to accommodate her travel home to Connecticut.

      Both the government and Pretrial Services have no objection to this request. I appreciate the Court's consideration.

Granted.
So ordered.
8/16/2023

Respectfully submitted,

/s/

Deborah Colson

(212) 257-6455

_____
J. PAUL OETKEN
United States District Judge