**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

September 1, 2023

By ECF

Honorable Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Noelia Davila*, 21 Cr. 190 (JPO)

Dear Judge Oetken:

    Ms. Davila pled guilty to a one-count information charging possession of child pornography. She is scheduled to be sentenced on October 17, 2023. In the meantime, she is out on a $50,000 personal recognizance bond with various conditions, including a curfew. I write to respectfully request permission for Ms. Davila to extend her curfew on Saturday, September 9 so that she may celebrate her birthday with her family at the Zolo Bar & Lounge in Meriden, Ct. The restaurant is reserved from 10 a.m. until 3 a.m. Pretrial Services defers to the Court regarding the extension, and the government defers to Pretrial Services.

    Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
(917) 543-6490

> Granted. Defendant's curfew is hereby extended to 2:00 AM on September 9, 2023.
> So ordered.
> 9/1/2023

_____
J. PAUL OETKEN
United States District Judge