# MOSKOWITZ COLSON
# GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

September 27, 2023

By ECF

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: United States v. Noelia Davila, 21 Cr. 190 (JPO)

Dear Judge Oetken:

  Ms. Davila pled guilty to a one-count information charging possession of child pornography. She is scheduled to be sentenced on October 17, 2023. She is currently being supervised by Pretrial Services in the District of Connecticut.

  First, I write to respectfully request permission for Ms. Davila to extend her curfew to 2AM on Saturday, September 30th so that she may celebrate her mother's birthday at Xolo Bar & Lounge in Meriden, CT.

  Second, I write to request that Ms. Davila be permitted to travel to the Bronx, NY on a weekly basis for supervised foster care visits with her son. Enclosed please find a letter from Uriele Lloyd, Case Manager for the Jewish Child Care Association, in support of this request.

  I have contacted the government and Pretrial Services regarding both requests and they have no objection. If granted, Ms. Davila will provide any addresses and travel information to Pretrial Services.

  I appreciate the Court's consideration.

Granted.
So ordered.
 9/28/2023

Respectfully submitted,

  /s/

Deborah Colson
(212) 257-6455

J. PAUL OETKEN
United States District Judge



**Foster Home Services**
**425 Westchester Ave, 7th Floor**
**Bronx, NY 10455**

**September 15, 2023**

Re: Jeremiah Nivar [D.O.B. 11/05/2017]

To: Judge J. Paul Oetken

The above-named child is in the care and custody of the Commissioner of the Administration for Children's Services, and is in foster care with the Jewish Child Care Association [JCCA]. On 09/22/23, the agency will like to request a special accommodation to allow Noelia Davila to attend the home of **Dalia Velez** for court ordered supervised visits. Ms. Davila will be supervised by **Ms. Velez**.  Ms. Dalia Velez resides at **1140 Clay Ave Apt 4E Bronx NY 10456** can be reached at **646-272-9720**. Should you need any further information or have any questions, please feel free to contact **Uriele Lloyd** [Case Planner] at 845-743-**6703** or Bouldin-Smiley Tanya [Supervisor] at 845-490-**2382**.

Sincerely,

*Uriele Lloyd*

**Uriele Lloyd** | Case Manager
**JCCA** | Repair the World Child by Child
425 Westchester Ave, 7th Floor | Bronx, NY 10455
Telephone: 845-743-6703| Lloydu@jccany.org
**JCCANY.Org** | Twitter, Facebook: @JCCANY