**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

October 27, 2023

By ECF

Honorable J. Paul Oetken
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  *United States v. Noelia Davila*, 21 Cr. 190 (JPO)

Dear Judge Oetken:

 On October 17, 2023, Ms. Davila was sentenced to time served and five years' supervised release for possession of child pornography. She is currently being supervised by the United States Probation Office in the District of Connecticut.

 On September 28, 2023, Your Honor endorsed a letter permitting Ms. Davila to travel for weekly foster care visits with her son (ECF No. 338). Now that she has been sentenced, I write to respectfully request that the terms of her supervised release be modified to permit her to continue to travel to the Bronx, NY on a weekly basis to visit her son.

 Probation has no objection to this request so long as Ms. Davila remains in compliance with the other conditions of her supervised release.

 I appreciate the Court's consideration.

Respectfully submitted,

/s/

Deborah Colson
(212) 257-6455

cc: USPO Nielves Gonzalez-Perez

Granted.
So ordered.
10/30/2023

_____
J. PAUL OETKEN
United States District Judge