# MOSKOWITZ COLSON
# GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

May 10, 2024

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    United States v. Noelia Davila, *21 Cr. 190 (JPO)*

Dear Judge Oetken:

    I am CJA counsel for Ms. Davila in the above-captioned matter. On October 17, 2023, she was sentenced to time served and five years' supervised release for possession of child pornography. Her travel is restricted to the District of Connecticut unless approved by the Court.

    I write to respectfully request that Ms. Davila be permitted to travel to Puerto Rico for a vacation with her family during the month of August 2024. If granted, Ms. Davila will provide her final travel itinerary information to Probation.

    Probation has no objection to this request, so long as Ms. Davila provides a travel itinerary and confirmation that no minors will be present.

    I appreciate the Court's consideration.

Granted.
Defendant is to provider her itinerary to the
Probation Department well in advance of her
travel and shall confirm that there will no
minors present on her trip.
  So ordered.
  5/13/2024

Respectfully submitted,

/s/

Deborah Colson
(212) 257-6455

J. PAUL OETKEN
United States District Judge